852 A.2d 188

T. HOMER BONITSIS, PLAINTIFF–CROSS–PETITIONER, v. NEW JERSEY INSTITUTE OF TECHNOLOGY, ET AL., DEFENDANTS–CROSS–RESPONDENTS.

June 30, 2004.

ORDERED that the cross-petition for certification is granted and the matter is summarily reversed and remanded to the Trial

Court for further proceedings. See *Velez v. City of Jersey City,* 180 *N.J.* 284, 850 *A.*2d 1238 (2004).